FILED 15 NOV '22 15:16 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

**v.**

**GUSTAVO TORRES-MENDEZ,**
**NOAH HERRERA,**
**GABRIEL RODRIGUEZ,**
**NICOLE PULLIAM,**
**JAMIE ROJAS-SEDANO,**
**PAUL BOYER,**
**DARIN CARTER,**

**Defendants.**

**3:22-CR-00407-HZ**

**INDICTMENT**

**21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (C), and 846**

**Forfeiture Allegation**

**UNDER SEAL**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute Controlled Substances)**
**(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)**

Beginning on an unknown date but no later than August 2022, and continuing until the date of this indictment, in the District of Oregon and elsewhere, defendants **GUSTAVO TORRES-MENDEZ, NOAH HERRERA, GABRIEL RODRIGUEZ, NICOLE PULLIAM, JAMIE ROJAS-SEDANO, PAUL BOYER and DARIN CARTER,** did unlawfully and knowingly combine, conspire, confederate, and agree with each other and other persons whose

identities are known and unknown to the Grand Jury to commit the following objects in violation of Title 21, United States Code, Section 846:

**Objects of the Conspiracy**

A. **Possession with Intent to Distribute Methamphetamine**: The conspirators agreed to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

B. **Distribution of Methamphetamine**: The conspirators agreed to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii).

C. **Possession with Intent to Distribute Fentanyl**: The conspirators agreed to possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

D. **Distribution of Fentanyl**: The conspirators agreed to distribute a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

E. **<u>Possession with Intent to Distribute Cocaine</u>**: The conspirators agreed to possess with intent to distribute cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(ii)

F. **<u>Distribution of Cocaine</u>**: The conspirators agreed to distribute cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(ii).

**<u>Manner and Means</u>**

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

It was part of this conspiracy for certain defendants and others to transport and conceal controlled substances.

It was part of this conspiracy for certain defendants and others to utilize cellular telephones to further the possession and distribution of controlled substances, and to use telephone calls and text messages to communicate with each other in the course of the conspiracy.

It was part of this conspiracy for certain defendants and others to accept monetary payment from customers for the purposes of possessing and distributing controlled substances.

It was part of this conspiracy to use and maintain motor vehicles to transport controlled substances and drug proceeds.

It was part of the conspiracy for certain defendants to maintain premises for the purposes of storing, packaging, possessing, and distributing controlled substances.

It was part of this conspiracy for certain defendants to possess firearms in the course of the conspiracy.

**Overt Acts**

All factual allegations set forth in Count 2 through Count 7 of this Indictment are hereby incorporated by reference and re-alleged as overt acts in furtherance of the conspiracy alleged in Count 1.

**COUNT 2**
**(Unlawful Distribution of Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2)**

On or about August 12, 2022, in the District of Oregon, defendants **NOAH HERRERA** and **GABRIEL RODRIGUEZ**, did unlawfully and knowingly distribute 500 grams or more of mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

//

//

//

**COUNT 3**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)**

On or about September 7, 2022, in the District of Oregon and elsewhere, defendants **GABRIEL RODRIGUEZ, JAMIE ROJAS-SEDANO, GUSTAVO TORRES-MENDEZ** and **NOAH HERRERA**, did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 4**
**(Possession with Intent to Distribute Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(ii) and 18 U.S.C. § 2)**

On or about September 7, 2022, in the District of Oregon and elsewhere, defendants **GABRIEL RODRIGUEZ, JAMIE ROJAS-SEDANO, GUSTAVO TORRES-MENDEZ** and **NOAH HERRERA**, did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(ii) and Title 18, United States Code, Section 2.

//

//

//

**COUNT 5**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2)**

On or about September 19, 2022, defendants **PAUL BOYER** and **NOAH HERRERA** did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 6**
**(Unlawful Distribution of Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2)**

On or about October 27, 2022, defendants **GUSTAVO TORRES-MENDEZ, NOAH HERRERA** and **DARIN CARTER,** did unlawfully and knowingly deliver a mixture or substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 7**
**(Unlawful Distribution of Cocaine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. §2)**

On or about October 27, 2022, defendants **GUSTAVO TORRES-MENDEZ, NOAH HERRERA** and **DARIN CARTER,** did unlawfully and knowingly distribute a mixture or

substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers;

In violation of Title 21, United States Code, Section 841(a)(1); (b)(1)(C) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in Counts 1-7 in this indictment, defendants **GUSTAVO TORRES-MENDEZ, NOAH HERRERA, GABRIEL RODRIGUEZ, NICOLE PULLIAM, JAMIE ROJAS-SEDANO, PAUL BOYER and DARIN CARTER,** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: November 15, 2022

A TRUE BILL

[redacted]

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

NICOLE M. BOCKELMAN, OSB#105934
THOMAS H. EDMONDS, OSB #902555
Assistant United States Attorney